IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SUNRISE VILLAS IX HOMEOWNERS ASSOCIATION,<br>Appellant,<br>vs.<br>SIMONE RUSSO,<br>Respondent. | No. 83115 |

**FILED**

JUL 28 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Timothy C. Williams, District Judge
Lansford W. Levitt, Settlement Judge
Lemons, Grundy & Eisenberg
Lincoln, Gustafson & Cercos
Law Office of David Sampson
Hutchison & Steffen, LLC/Las Vegas
Eighth District Court Clerk

22-23769